UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 11-1981

WARREN K. GLADDEN,

Plaintiff – Appellant,

v.

U.S. DEPARTMENT OF THE ARMY, John McHugh, Secretary,

Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt.   Peter J. Messitte, Senior District Judge.  (8:10-cv-01793-PJM)

Submitted:  March 13, 2012          Decided:  March 20, 2012

Before DIAZ and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Warren K. Gladden, Appellant Pro Se.  Joseph Ronald Baldwin, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Warren K. Gladden appeals the district court's order granting Defendant's motion for summary judgment in Gladden's action filed pursuant to Title VII of the Civil Rights Act and the Age Discrimination in Employment Act. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Gladden v. U.S. Dep't of the Army, No. 8:10-cv-01793-PJM (D. Md. July 13, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED